UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY C. BALANZA and MERIDA G. BALANZA,<br><br>            Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK N.A., NDEx WEST LLC, and DOES 1-100,<br><br>            Defendants. | Case No.<br>EDCV 13-1002 JGB(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Wells Fargo Bank, N.A. is DISMISSED from Plaintiffs' Complaint WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: August 13, 2013

_____
JESUS G. BERNAL
United States District Judge