JS - 6    O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY C. BALANZA, et al.,<br><br>         Plaintiffs,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>         Defendants. | Case No. EDCV 13-01002-JGB (OPx)<br><br>**JUDGMENT AND ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

On April 12, 2013, Plaintiffs Henry C. Balanza and Merida G. Balanza ("Plaintiffs") filed a complaint against Defendants Wells Fargo Bank N.A. ("Wells Fargo"), NDEx West LLC ("NDEx") and fictitious entities (collectively, "Defendants"). (Compl., Doc. No. 1.) On August 6, 2013, the Court granted Wells Fargo's motion to dismiss due to Plaintiffs' failure to oppose. (Doc. No. 7.) Wells Fargo was dismissed from the complaint without prejudice on August 13, 2013. (Doc. No. 8.)

Plaintiffs failed to file proof of service as to Defendant NDEx within 120 days of filing the Complaint. No answer or responsive pleading has been filed. On October 3, 2013, the Court issued and Order to Show Cause by October 17, 2013 why the case should not be dismissed for lack of prosecution as to NDEx. (Doc. No. 9.) The Court put Plaintiffs on notice that failure to respond to the order would be deemed consent to the dismissal of the action. (Id.) As of the date of this Order, Plaintiffs have not responded to the order to show cause, nor have they filed a proof of service as to NDEx.

Accordingly, the Court DISMISSES Plaintiffs' Complaint WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: 12/13/13

JESUS G. BERNAL
United States District Judge